United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12547-djb |
| Tahira M. Wyatt | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 30, 2025 | Form ID: 139 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tahira M. Wyatt, 1152 E. Sharpnack Street, Philadelphia, PA 19150-3109 |
| 15022599 | | Department Stores National Ban, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15022603 | + | Karen Ann Ulmer PC, 174 Middletown Blvd #300, Langhorne, PA 19047-3201 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 01 2025 01:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | EDI: AISACG.COM | Jul 01 2025 04:53:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15024362 | + | EDI: AISACG.COM | Jul 01 2025 04:53:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15022593 | | EDI: GMACFS.COM | Jul 01 2025 04:52:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 15022594 | + | Email/Text: jvalencia@amhfcu.org | Jul 01 2025 01:06:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15022595 | | Email/Text: bankruptcy@credencerm.com | Jul 01 2025 01:06:00 | At T, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 15022596 | | EDI: BANKAMER | Jul 01 2025 04:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15022592 | | Email/Text: megan.harper@phila.gov | Jul 01 2025 01:06:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15022597 | ^ | MEBN | Jul 01 2025 00:50:22 | Citibank N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15022598 | | Email/Text: bankruptcy@credencerm.com | Jul 01 2025 01:06:00 | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 15022600 | | EDI: DISCOVER | Jul 01 2025 04:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15022601 | | EDI: DISCOVERPL | Jul 01 2025 04:52:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15022585 | + | EDI: IRS.COM | Jul 01 2025 04:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15022602 | | EDI: JPMORGANCHASE | | |

Case 25-12547-djb   Doc 12   Filed 07/02/25   Entered 07/03/25 00:42:28   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2025 | Form ID: 139 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 01 2025 04:52:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15022604 | | Email/Text: EBN@Mohela.com | Jul 01 2025 01:06:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15022605 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2025 01:06:00 | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 15022588 | | Email/Text: fesbank@attorneygeneral.gov | Jul 01 2025 01:06:00 | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 15022607 | | EDI: PRA.COM | Jul 01 2025 04:53:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15022586 | + | EDI: PENNDEPTREV | Jul 01 2025 04:53:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15023373 | | EDI: PENNDEPTREV | Jul 01 2025 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15022589 | ^ | MEBN | Jul 01 2025 00:50:21 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15022591 | + | Email/Text: bankruptcy@philapark.org | Jul 01 2025 01:06:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15022606 | + | EDI: PRA.COM | Jul 01 2025 04:53:00 | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 15022608 | ^ | MEBN | Jul 01 2025 00:50:24 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blvd, Ste 870, Los Angeles, CA 90024-4109 |
| 15022590 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 01 2025 01:06:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15022587 | ^ | MEBN | Jul 01 2025 00:50:17 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025                    Signature:    /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jun 30, 2025 Form ID: 139 Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Tahira M. Wyatt brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Tahira M. Wyatt
1152 E. Sharpnack Street
Philadelphia, PA 19150

Debtor(s)                                                                                           Case No: 25−12547−djb

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−2246

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 9/29/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 6/30/25

8
Form 139