**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tahira M. Wyatt,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-12547-djb<br>Chapter 7 |

### Order Redacting Claim No. 8-1

**AND NOW**, after consideration of the Motion to Redact Claim No. 8-1 filed by Debtor Tahira M. Wyatt, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk is directed to promptly:

    a. Restrict public access to the document filed as Claim No. 8-1.

    b. Docket the redacted document at ECF No. 19-1 as Claim No. 8-2.

Date: August 15, 2025

_____
Derek J. Baker
U.S. Bankruptcy Judge

CC:　Karen Ann Ulmer PC
　　　174 Middletown Blvd
　　　Suite 300
　　　Langhorne, PA 19047