United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12547-djb |
| Tahira M. Wyatt | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Aug 14, 2025  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

**Recip ID  Recipient Name and Address**
db  + Tahira M. Wyatt, 1152 E. Sharpnack Street, Philadelphia, PA 19150-3109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

**Name  Email Address**

BRAD J. SADEK
  on behalf of Defendant Tahira M. Wyatt brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
  on behalf of Debtor Tahira M. Wyatt brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

CHRISTINE C. SHUBERT
  christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
  on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

JEFFREY KURTZMAN
  on behalf of Plaintiff Derrick N. Bey Kurtzman@kurtzmansteady.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

JEFFREY KURTZMAN
    on behalf of Creditor Derrick N. Bey Kurtzman@kurtzmansteady.com

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

STEVEN K. EISENBERG
    on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TAHIRA M. WYATT** | : | **BANKRUPTCY NO. 25-12547 (DJB)** |
| | : | |
| Debtor | : | |
| | : | |

**ORDER APPROVING APPLICATION OF
CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE,
TO EMPLOY RE/MAX OF READING AS BROKER**

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ RE/MAX of Reading (the "Broker") as Broker Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being satisfied that the Broker has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that the Broker's retention is in the best interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ the Broker as of the date of the Application to market and sell the Properties (as defined in the Application) and upon the terms and conditions therein set forth; it is further

**ORDERED**, that the Broker shall be entitled to be compensated for its services at the rate set forth in the Application and the Verified Statement of David Decembrino; and it is further

**ORDERED**, that the Broker's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.*, 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

Dated: **August 14, 2025**

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE