**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Tahira M. Wyatt,

                *Debtor*.

Case No. 25-12547-djb
Chapter 7

**Certificate of Service**

I, Michael I. Assad, certify that on August 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Schedule E/F (ECF No. 30)
- Notice of Bankruptcy (ECF No. 7)
- Notice of Need to File Proof of Claim Due to Recovery of Assets (ECF No. 8)

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 19, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Derrick N. Bey<br>c/o Kurtzman Steady LLC<br>Jeffrey Kurtzman, Esquire<br>101 N Washington Avenue<br>Suite 4A<br>Margate, NJ 08402 | Creditor | ☒ First Class Mail |