# EXHIBIT "A"

## IN THE UNITED STATES TRUSTRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **TAHIRA M. WYATT** | : | **BANKRUPTCY NO. 25-12547 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

### DECLARATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, IN OPPOSITION TO MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO PROPERTY: 1152 EAST SHARPNACK STREET, PHILADELPHIA, PA 19150

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of her knowledge, information and belief:

1.     I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2.     On August 29, 2025, I filed the Objection (the "Objection") of Christine C. Shubert, Chapter 7 Trustee, to Motion of Nationstar Mortgage LLC for Relief from Automatic Stay with Respect to Property: 1152 East Sharpnack Street, Philadelphia, PA 19150 (the "Motion").

3.     I reviewed the Objection prior its filing with the Court.

4.     All of the facts and averments set forth in the Objection are true and correct and I offer these facts and averments in opposition to the relief sought in the Motion.

5.     I declare under penalty of perjury that the foregoing is true and correct.

                                    /s/ Christine C. Shubert
                                    Christine C. Shubert,
                                    Chapter 7 Trustee

Dated: August 29, 2025