## IN THE UNITED STATES TRUSTRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| TAHIRA M. WYATT | : | BANKRUPTCY NO. 25-12547 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Motion of Nationstar Mortgage LLC for Relief from Automatic Stay with Respect to Property: 1152 East Sharpnack Street, Philadelphia, PA 19150 (the "Motion"), and the Objection of the Chapter 7 Trustee thereto; it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

**BY THE COURT:**

Dated: _____

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE