IN THE UNITED STATES TRUSTRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TAHIRA M. WYATT | : | BANKRUPTCY NO. 25-12547 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on August 29, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of Christine C. Shubert, Chapter 7 Trustee, to Motion of Nationstar Mortgage LLC for Relief from Automatic Stay with Respect to Property: 1152 East Sharpnack Street, Philadelphia, PA 19150.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: August 29, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
*Attorneys for the Debtor*

Jeffrey Kurtzman, Esquire
Kurtzman Steady LLC
101 N Washington Avenue, Suite 4A
Margate, NJ 08402
*Attorneys for Derrick N. Bey*

Steven K. Eisenberg, Esquire
Stern and Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
*Attorneys for Nationstar Mortgage LLC*

David P. Jones, Esquire
Stern and Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
*Attorneys for Nationstar Mortgage LLC*

**VIA E-MAIL**

Attn: Ally Bank Department
AIS Portfolio Services, LLC
Account: xxxxxxxx4993
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118
*Creditor*
ecfnotices@aisinfo.com