**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Tahira M. Wyatt,<br><br>                           *Debtor*. | Case No. 25-12547-djb<br>Chapter 7 |

## Debtor's Joinder in Objection of Chapter 7 Trustee
## to Motion of Nationstar Mortgage LLC for Relief from Automatic Stay

Debtor Tahira M. Wyatt, through her attorney, hereby submits this joinder to the objection of Chapter 7 Trustee Christine C. Shubert to the Motion for Relief from the Automatic Stay filed by Nationstar Mortgage LLC.

For the reasons stated in the objection, the Debtor respectfully requests that the Court deny the Motion and grant the relief requested by the Trustee.

                                                    **SADEK LAW OFFICES, LLC**
                                                    *Attorney for Debtor*

Date: August 29, 2025                      By: /s/ Michael I. Assad
                                                        Michael I. Assad
                                                        1500 JFK Boulevard, Suite 220
                                                        Philadelphia, PA 19102
                                                        215-545-0008
                                                        michael@sadeklaw.com

## Certificate of Service

      I certify that on this date, I did cause a copy of this document to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system.

Date: August 29, 2025                             /s/ Michael I. Assad
                                                        Michael I. Assad