# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tahira M. Wyatt,

              Debtor.

Case No. 25-12547-djb

Chapter 7

## Order Disallowing Claims Filed by Chapter 7 Trustee

**AND NOW**, upon consideration of the *Omnibus Objection to Unsecured Claims Filed by Chapter 7 Trustee* filed by Debtor Tahira M. Wyatt, after notice and hearing, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. The following claims are **DISALLOWED** in their entirety, without prejudice:

| Claim No. | Claimant |
|---|---|
| 12 | American Heritage Federal Credit Union |
| 13 | AT&T |
| 14 | Bank of America |
| 15 | Bank of America |
| 16 | Discover Financial |
| 17 | Discover Personal Loans |
| 18 | JPMCB |
| 20 | Portfolio Recovery & Affiliates |
| 21 | Sunbit Financial |

Date:

                                        Derek J. Baker
                                        U.S. Bankruptcy Judge

CC:    American Heritage Federal Credit Union
2060 Red Lion Rd
Philadelphia, PA 19115

AT&T
PO Box 2300
Southgate, MI 48195

Bank of America
4909 Savarese Cir
Tampa, FL 33634

Bank of America
4909 Savarese Cir
Tampa, FL 33634

Discover Financial
PO Box 3025
New Albany, OH 43054

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

JPMCB
MailCode LA4-7100, 700 Kansas Ln
Monroe, LA 71203

Portfolio Recovery & Affiliates
120 Corporate Boulevard, Suite 1
Norfolk, VA 23502

Sunbit Financial
10880 Wilshire Blvd, Ste 870
Los Angeles, CA 90024