

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔅𝔞𝔫𝔨𝔯𝔲𝔭𝔱𝔠𝔶 𝔒𝔬𝔲𝔯𝔱
𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

In re:                                                                Case No. 25-12547-djb

   Tahira M. Wyatt,                                      Chapter 7

                Debtor.

**Notice of Debtor's Omnibus Objection to Unsecured Claims
Filed by Chapter 7 Trustee and Hearing Date**

> **NOTICE: You should review Exhibit A to determine whether this objection affects your claim.**

     The Debtor in the above-captioned matter has filed an objection to various proofs of claim filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection scheduled to be held on Tuesday, November 18, 2025 at 10:00 a.m. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Video Conference using the following link:
    *If no link is provided, the video conference link will be included on the hearing calendar.*

    ☒ In-Person participation is also available for this hearing in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

    If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Monday, November 10, 2025**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Michael I. Assad  
Sadek Law Offices, LLC  
1500 JFK Boulevard, Suite 220  
Philadelphia, PA 19102  
215-545-0008  
michael@sadeklaw.com  

Date: October 7, 2025

## Exhibit A

| Claim No. | Claimant |
|---|---|
| 12 | American Heritage Federal Credit Union |
| 13 | AT&T |
| 14 | Bank of America |
| 15 | Bank of America |
| 16 | Discover Financial |
| 17 | Discover Personal Loans |
| 18 | JPMCB |
| 20 | Portfolio Recovery & Affiliates |
| 21 | Sunbit Financial |