# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                             Case No. 25-12547-djb

    Tahira M. Wyatt,                      Chapter 7

                Debtor.

## Certificate of Service

      I, Michael I. Assad, certify that on October 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Omnibus Objection to Unsecured Claims Filed by Chapter 7 Trustee

- Notice of Debtor's Omnibus Objection to Unsecured Claims Filed by Chapter 7 Trustee and Hearing Date

      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 7, 2025                          /s/ Michael I. Assad
                                                                Michael I. Assad
                                                                Sadek Law Offices, LLC
                                                                1500 JFK Boulevard, Suite 220
                                                                Philadelphia, PA 19102
                                                                215-545-0008
                                                                michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Tahira M. Wyatt<br>1152 E. Sharpnack Street<br>Philadelphia, PA 19150 | Debtor | ☒ First Class Mail |
| Christine C. Shubert | Trustee | ☒ CM/ECF |
| Karalis PC | Trustee's Attorney | ☒ CM/ECF |
| Chief Legal Officer<br>American Heritage Federal Credit Union<br>2060 Red Lion Rd<br>Philadelphia, PA 19115 | Creditor | ☒ First Class Mail |
| Chief Legal Officer<br>AT&T<br>PO Box 2300<br>Southgate, MI 48195 | Creditor | ☒ First Class Mail |
| Chief Legal Officer<br>Bank of America<br>4909 Savarese Cir<br>Tampa, FL 33634 | Creditor | ☒ Certified Mail<br>#9589 0710 5270 1792 1458 22 |
| Chief Legal Officer<br>Discover Financial<br>PO Box 3025<br>New Albany, OH 43054 | Creditor | ☒ First Class Mail |
| Chief Legal Officer<br>Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | Creditor | ☒ First Class Mail |
| Chief Legal Officer<br>JPMCB<br>MailCode LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203 | Creditor | ☒ Certified Mail<br>#9589 0710 5270 1792 1458 39 |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Portfolio Recovery & Affiliates<br>120 Corporate Boulevard, Suite 1<br>Norfolk, VA 23502 | Creditor | ☒ First Class Mail |
| Chief Legal Officer<br>Sunbit Financial<br>10880 Wilshire Blvd, Ste 870<br>Los Angeles, CA 90024 | Creditor | ☒ First Class Mail |