United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 25-12547-djb

    Tahira M. Wyatt,                                Chapter 7

                    Debtor.

### Order Disallowing Claim No. 19 of MOHELA

**AND NOW**, upon consideration of the *Objection to Claim No. 19 of MOHELA Filed by Chapter 7 Trustee* filed by Debtor Tahira M. Wyatt, after notice and hearing, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Claim No. 19 of MOHELA is **DISALLOWED** in its entirety, without prejudice.


Date: _____                    _____
                                                            Derek J. Baker
                                                            U.S. Bankruptcy Judge

CC:    MOHELA
           633 Spirit Drive
           Chesterfield, MO 63005

           Attorney General of Missouri
           207 W. High St.
           Jefferson City, MO 65102

           U.S. Department of Education
           400 Maryland Avenue SW
           Washington, DC 20202

           United States Attorney
           615 Chestnut Street, Suite 1250
           Philadelphia, PA 19106

           U.S. Department of Justice
           950 Pennsylvania Avenue NW
           Washington, DC 20530