

In re:  
    Tahira M. Wyatt,  
                    Debtor.

Case No. 25-12547-djb  
Chapter 7

**Notice of Debtor's Objection to Claim No. 19 of MOHELA  
Filed by Chapter 7 Trustee and Hearing Date**

    The Debtor in the above-captioned matter has filed an objection to your proof of claim filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection scheduled to be held on Tuesday, November 18, 2025 at 10:00 a.m. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Video Conference using the following link:  
    *If no link is provided, the video conference link will be included on the hearing calendar.*

    ☒ In-Person participation is also available for this hearing in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

    If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Monday, November 10, 2025**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

        Michael I. Assad
        Sadek Law Offices, LLC
        1500 JFK Boulevard, Suite 220
        Philadelphia, PA 19102
        215-545-0008
        michael@sadeklaw.com

Date: October 7, 2025