# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                         Case No. 25-12547-djb

    Tahira M. Wyatt,                                Chapter 7

                        Debtor.

## Certificate of Service

I, Michael I. Assad, certify that on October 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Objection to Claim No. 19 of MOHELA Filed by Chapter 7 Trustee

- Notice of Debtor's Objection to Claim No. 19 of MOHELA Filed by Chapter 7 Trustee and Hearing Date

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 7, 2025                          /s/ Michael I. Assad
                                                                      Michael I. Assad
                                                                      Sadek Law Offices, LLC
                                                                      1500 JFK Boulevard, Suite 220
                                                                      Philadelphia, PA 19102
                                                                      215-545-0008
                                                                      michael@sadeklaw.com

Case 25-12547-djb    Doc 55    Filed 10/07/25    Entered 10/07/25 09:31:33    Desc Main
Document      Page 2 of 2

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Tahira M. Wyatt<br>1152 E. Sharpnack Street<br>Philadelphia, PA 19150 | Debtor | ☒ First Class Mail |
| Christine C. Shubert | Trustee | ☒ CM/ECF |
| Karalis PC | Trustee's Attorney | ☒ CM/ECF |
| Chief Legal Officer<br>MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Creditor | ☒ First Class Mail |
| Catherine L. Hanaway<br>Attorney General of Missouri<br>207 W. High St.<br>Jefferson City, MO 65102 | Interested Party | ☒ First Class Mail |
| General Counsel<br>U.S. Department of Education<br>400 Maryland Avenue SW<br>Washington, DC 20202 | Interested Party | ☒ First Class Mail |
| David Metcalf<br>United States Attorney<br>Attn: Civil Process Clerk<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 | Interested Party | ☒ First Class Mail |
| Pamela J. Bondi<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Interested Party | ☒ First Class Mail |