# EXHIBIT "1"

# Eastern District of Pennsylvania
# Claims Register

### 25-12547-djb Tahira M. Wyatt

**Judge:** Derek J Baker  **Chapter:** 7
**Office:** Philadelphia  **Last Date to file claims:** 09/29/2025
**Trustee:** CHRISTINE C. SHUBERT  **Last Date to file (Govt):** 12/22/2025

| | | |
|---|---|---|
| *Creditor:* (15023373)<br>Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | **Claim No: 1**<br>*Original Filed Date:* 06/26/2025<br>*Original Entered Date:* 06/26/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* HEATHER HARING<br>*Modified:* |

Amount claimed: $143.06
Priority claimed: $143.06

*History:*
Details  1-1  06/26/2025 Claim #1 filed by Pennsylvania Department of Revenue, Amount claimed: $143.06 (HARING, HEATHER)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15026065)<br>City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>1401 John F. Kennedy Blvd. Room 580<br>Philadelphia, PA 19102 | **Claim No: 2**<br>*Original Filed Date:* 07/03/2025<br>*Original Entered Date:* 07/03/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MEGAN N. HARPER<br>*Modified:* 07/07/2025 |

Amount claimed: $20092.49
Secured claimed: $20092.49

*History:*
Details  2-1  07/03/2025 Claim #2 filed by City of Philadelphia Law Department, Amount claimed: $20092.49 (HARPER, MEGAN)

*Description:* (2-1) Agency Receivables - OPA #: 502325400, Real Estate Taxes - OPA #: 372362500 & OPA #: 491517300, Commercial Trash Fees - OPA #: 491517300, and Unliquidated Claims for BIRT/NPT
*Remarks:* (2-1) Arrears - 20092.49

| | | |
|---|---|---|
| *Creditor:* (15022585)<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | **Claim No: 3**<br>*Original Filed Date:* 07/03/2025<br>*Original Entered Date:* 07/03/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* JOHN F LINDINGER<br>*Modified:* |

Amount claimed: $14397.71
Priority claimed: $6748.86

*History:*
Details  3-1  07/03/2025 Claim #3 filed by Internal Revenue Service, Amount claimed: $14397.71 (LINDINGER, JOHN)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15026422)<br>Capital One, N.A., successor by merger to Discover<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 4**<br>*Original Filed Date:* 07/03/2025<br>*Original Entered Date:* 07/03/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Andrew Hubbard<br>*Modified:* |

Amount claimed: $7855.32

*History:*

Details  4-1  07/03/2025 Claim #4 filed by Capital One, N.A., successor by merger to Discover, Amount claimed: $7855.32 (Hubbard, Andrew)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15026933)<br>Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 5**<br>*Original Filed Date:* 07/07/2025<br>*Original Entered Date:* 07/07/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michelle Viscione<br>*Modified:* |

Amount claimed: $5346.62

*History:*

Details  5-1  07/07/2025 Claim #5 filed by Quantum3 Group LLC as agent for, Amount claimed: $5346.62 (Viscione, Michelle)

*Description:* (5-1) Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15026933)<br>Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 6**<br>*Original Filed Date:* 07/07/2025<br>*Original Entered Date:* 07/07/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michelle Viscione<br>*Modified:* |

Amount claimed: $1340.80

*History:*

Details  6-1  07/07/2025 Claim #6 filed by Quantum3 Group LLC as agent for, Amount claimed: $1340.80 (Viscione, Michelle)

*Description:* (6-1) Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15027079)<br>Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>Bankruptcy Division, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | **Claim No: 7**<br>*Original Filed Date:* 07/08/2025<br>*Original Entered Date:* 07/08/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MEGAN N. HARPER<br>*Modified:* 07/08/2025 |

Amount claimed: $3085.10
Secured claimed: $3085.10

*History:*

Details  7-1  07/08/2025 Claim #7 filed by Water Revenue Bureau, Amount claimed: $3085.10 (HARPER, MEGAN)

*Description:* (7-1) water/sewer claim
*Remarks:* (7-1) Arrears $3,085.10

| | | |
|---|---|---|
| *Creditor:* (15034335)<br>Karen Ann Ulmer PC<br>174 Middletown Blvd<br>Suite 300<br>Langhorne, PA 19047 | **Claim No: 8**<br>*Original Filed Date:* 07/30/2025<br>*Original Entered Date:* 07/30/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alexa Canales<br>*Modified:* |

Amount claimed: $10450.92

*History:*

Details  8-1  07/30/2025 Claim #8 filed by Karen Ann Ulmer PC, Amount claimed: $10450.92 (Canales, Alexa)

*Description:* (8-1) Legal Services Performed - Divorce Philadelphia County
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15053441)<br>Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 9**<br>*Original Filed Date:* 09/23/2025<br>*Original Entered Date:* 09/23/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David Lamb<br>*Modified:* |

Amount claimed: $104.91

*History:*

Details  9-1  09/23/2025 Claim #9 filed by Ashley Funding Services, LLC, Amount claimed: $104.91 (Lamb, David)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15054160)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 10**<br>*Original Filed Date:* 09/25/2025<br>*Original Entered Date:* 09/25/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lynne Denise Todd<br>*Modified:* |

Amount claimed: $1017.35

*History:*

Details  10-1  09/25/2025 Claim #10 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1017.35 (Todd, Lynne)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15054160)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 11**<br>*Original Filed Date:* 09/29/2025<br>*Original Entered Date:* 09/29/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $6298.95
Secured claimed: $6298.95

*History:*

Details  11-1  09/29/2025 Claim #11 filed by Portfolio Recovery Associates, LLC, Amount claimed: $6298.95 (Administrator, EPOC)

*Description:*
*Remarks:* (11-1) Account Number (last 4 digits):5755

| | | |
|---|---|---|
| *Creditor:* (15022594)<br>American Heritage Federal Credit Union<br>Attn: Bankruptcy<br>2060 Red Lion Rd<br>Philadelphia, PA 19115-1603 | **Claim No: 12**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $8342.00

*History:*

Details  12-1  10/03/2025  Claim #12 filed by American Heritage Federal Credit Union, Amount claimed: $8342.00 (SEITZER, ROBERT)

41  10/06/2025  Notice of filing of claim by the Trustee on behalf of creditor American Heritage Federal Credit Union, claim #12 in the amount of $8342.00 on 10/03/2025. (AC)

50  10/07/2025  Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15022595)<br>At T<br>Attn: Bankruptcy<br>PO Box 2300<br>Southgate, MI 48195-4300 | **Claim No: 13**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $2212.00

*History:*

Details  13-1  10/03/2025  Claim #13 filed by At T, Amount claimed: $2212.00 (SEITZER, ROBERT)

42  10/06/2025  Notice of filing of claim by the Trustee on behalf of creditor AT&T, claim #13 in the amount of $2212.00 on 10/03/2025. (AC)

50  10/07/2025  Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15022596)<br>Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | **Claim No: 14**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $5143.00

*History:*

Details  14-1  10/03/2025  Claim #14 filed by Bank of America, Amount claimed: $5143.00 (SEITZER, ROBERT)

43  10/06/2025  Notice of filing of claim by the Trustee on behalf of creditor Bank of America, claim #14 and #15 in the amounts of $5143.00 and $4600.00 on 10/03/2025, respectively. (AC)

50  10/07/2025  Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (15022596)<br>Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | **Claim No: 15**<br>*Original Filed*<br>*Date:* 10/03/2025<br>*Original Entered*<br>*Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $4600.00

*History:*

| Details | 15-1 | 10/03/2025 | Claim #15 filed by Bank of America, Amount claimed: $4600.00 (SEITZER, ROBERT) |
| | 43 | 10/06/2025 | Notice of filing of claim by the Trustee on behalf of creditor Bank of America, claim #14 and #15 in the amounts of $5143.00 and $4600.00 on 10/03/2025, respectively. (AC) |
| | 50 | 10/07/2025 | Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (15022600)<br>Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 16**<br>*Original Filed*<br>*Date:* 10/03/2025<br>*Original Entered*<br>*Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $8037.00

*History:*

| Details | 16-1 | 10/03/2025 | Claim #16 filed by Discover Financial, Amount claimed: $8037.00 (SEITZER, ROBERT) |
| | 44 | 10/06/2025 | Notice of filing of claim by the Trustee on behalf of creditor Discover Financial, claim #16 in the amount of $8037.00 on 10/03/2025. (AC) |
| | 50 | 10/07/2025 | Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (15022601)<br>Discover Personal Loans<br>Attn: Bankruptcy<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | **Claim No: 17**<br>*Original Filed*<br>*Date:* 10/03/2025<br>*Original Entered*<br>*Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $13375.00

*History:*

| Details | 17-1 | 10/03/2025 | Claim #17 filed by Discover Personal Loans, Amount claimed: $13375.00 (SEITZER, ROBERT) |
| | 45 | 10/06/2025 | Notice of filing of claim by the Trustee on behalf of creditor Discover Personal Loans, claim #17 in the amount of $13375.00 on 10/03/2025. (AC) |
| | 50 | 10/07/2025 | Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15022602)<br>Jpmcb<br>MailCode LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203-4774 | **Claim No: 18**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $15893.00

*History:*

| | | | |
|---|---|---|---|
| Details | 18-1 | 10/03/2025 | Claim #18 filed by Jpmcb, Amount claimed: $15893.00 (SEITZER, ROBERT) |
| | 46 | 10/06/2025 | Notice of filing of claim by the Trustee on behalf of creditor JPMCB, claim #18 in the amount of $15893.00 on 10/03/2025. (AC) |
| | 50 | 10/07/2025 | Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15022604)<br>Mohela<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | **Claim No: 19**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $122116.00

*History:*

| | | | |
|---|---|---|---|
| Details | 19-1 | 10/03/2025 | Claim #19 filed by Mohela, Amount claimed: $122116.00 (SEITZER, ROBERT) |
| | 47 | 10/06/2025 | Notice of filing of claim by the Trustee on behalf of creditor Mohela, claim #19 in the amount of $122116.00 on 10/03/2025. (AC) |
| | 53 | 10/07/2025 | Objection to Claim Number 19 by Claimant MOHELA. Filed by Tahira M. Wyatt. (Attachments: # 1 Exhibit A # 2 Proposed Order)(ASSAD, MICHAEL) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15022606)<br>Portfolio Recovery & Affiliates<br>120 Corporate Boulevard<br>Suite 1<br>Norfolk, VA 23502 | **Claim No: 20**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

Amount claimed: $6149.00

*History:*

| | | | |
|---|---|---|---|
| Details | 20-1 | 10/03/2025 | Claim #20 filed by Portfolio Recovery & Affiliates, Amount claimed: $6149.00 (SEITZER, ROBERT) |
| | 48 | 10/06/2025 | Notice of filing of claim by the Trustee on behalf of creditor Portfolio Recovery & Affiliates, claim #20 in the amount of $6149.00 on 10/03/2025. (AC) |
| | 50 | 10/07/2025 | Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15022608)<br>Sunbit Financial<br>Attn: Bankruptcy<br>10880 Wilshire Blvd<br>Ste 870<br>Los Angeles, CA 90024-4109 | **Claim No: 21**<br>*Original Filed Date:* 10/03/2025<br>*Original Entered Date:* 10/03/2025 | *Status:*<br>*Filed by:* TR<br>*Entered by:* ROBERT W. SEITZER<br>*Modified:* |

*Amount claimed:* $79.00

*History:*

| | | |
|---|---|---|
| Details | 21-1 | 10/03/2025 Claim #21 filed by Sunbit Financial, Amount claimed: $79.00 (SEITZER, ROBERT) |
| | 49 | 10/06/2025 Notice of filing of claim by the Trustee on behalf of creditor Sunbit Financial, claim #21 in the amount of $79.00 on 10/03/2025. (AC) |
| | 50 | 10/07/2025 Omnibus Objection to Claim Number 12,13,14,15,16,17,18,20,21 by Claimant Various Claimants. Filed by Tahira M. Wyatt. (Attachments: # 1 Proposed Order)(ASSAD, MICHAEL) |

*Description:*
*Remarks:*

## Claims Register Summary

Case Name: Tahira M. Wyatt
Case Number: 25-12547-djb
Chapter: 7
Date Filed: 06/25/2025
Total Number Of Claims: 21

| Total Amount Claimed* | $256,079.23 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $29,476.54 | |
| Priority | $6,891.92 | |
| Administrative | | |
| Unassigned (unsecured) | $219,710.77 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/04/2025 12:32:55 | | | |
| PACER Login: | rseitzertrustee | Client Code: | |
| Description: | Claims Register | Search Criteria: | 25-12547-djb Filed or Entered From: 1/1/1990 Filed or Entered To: 11/4/2025 |
| Billable Pages: | 2 | Cost: | 0.20 |

| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |
|---|---|---|---|