# EXHIBIT "3"

IN THE UNITED STATES TRUSTRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TAHIRA M. WYATT** | : | **BANKRUPTCY NO. 25-12547 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

**DECLARATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE,
IN SUPPORT OF RESPONSE OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, TO DEBTOR'S OMNIBUS OBJECTION TO UNSECURED
<u>CLAIMS FILED BY CHAPTER 7 TRUSTEE</u>**

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of her knowledge, information and belief:

1.    I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2.    On November 5, 2025, I filed the Response (the "<u>Response</u>") of Christine C. Shubert, Chapter 7 Trustee, to Debtor's Omnibus Objection to Unsecured Claims filed by Chapter 7 Trustee (the "<u>Objection</u>").

3.    I reviewed the Response prior its filing with the Court.

4.    All of the facts and averments set forth in the Response are true and correct and I offer these facts and averments in opposition to the relief sought in the Objection.

5.    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christine C. Shubert
Christine C. Shubert,
Chapter 7 Trustee

Dated: November 5, 2025