UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|    Tahira M. Wyatt | : | |
| | : | Case No. 25-12547 – DJB |
| | : | |
|    Debtor | : | |

**ORDER**

**AND NOW**, upon consideration and review of Debtor's Objection to Claim Number 19 by the Chapter 7 Trustee on behalf of claimant MOHELA (the "Claim"];

It is hereby **ORDERED** that the Claim is disallowed as prematurely filed under Fed. R Bankr. R. 3004.

Dated: November 19, 2025

_____
Derek J. Baker
United States Bankruptcy Court