## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TAHIRA M. WYATT** | : | **BANKRUPTCY NO. 2512547(DJB)** |
| | : | |
| **Debtor** | : | |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CREDITOR KAREN ANN ULMER, PC TO TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Creditor, Karen Ann Ulmer, PC, by and through its representative, files this Limited Objection and Reservation of Rights to the Motion of Chapter 7 Trustee Christine C. Shubert for Approval of a Settlement Agreement between the Trustee and Derrick N. Bey (the "Motion"), and states:

1.      Creditor is a law firm that previously represented the Debtor and is owed outstanding attorney's fees in the amount of $10,472.13, making it a creditor and party in interest entitled to notice and an opportunity to be heard.

2.      Creditor received the Notice of Motion and Hearing dated November 11, 2025, but did not receive a copy of the Motion or the underlying Settlement Agreement.

3.      Without the Settlement Agreement or factual details regarding the terms, scope, and consideration involved, Creditor cannot determine:

    a. Whether the proposed settlement is fair and reasonable;

    b. Whether the settlement affects distributions to unsecured creditors;

    c. Whether any rights or claims of the estate or creditors are being compromised.

FILED

DEC 9 2025

CLERK OF COURT
DEP. CLERK

4.    Because the Trustee has not provided sufficient information for creditors to assess

the Motion, Creditor objects solely to the extent that approval is sought without adequate

disclosure.

5.    Creditor respectfully requests that the Court:

a. Require the Trustee to provide the full Motion and Settlement Agreement;

b. Allow Creditor a reasonable opportunity to review the agreement;

c. Permit Creditor to file a supplemental objection if warranted; and

d. If necessary, continue the evidentiary hearing to allow meaningful review.

6.    Creditor reserves all rights, including the right to raise additional objections after

receiving and reviewing the Settlement Agreement.

WHEREFORE, Creditor respectfully requests that the Court deny approval of the

Motion unless and until the Trustee provides adequate disclosure and Creditor is afforded

a fair opportunity to evaluate the settlement and grant such other relief as the Court

deems just and proper.

Respectfully submitted,
KAREN ANN ULMER, P.C.

Fatih Oguz
Authorized Representative
174 Middletown Blvd., Ste. 300
Langhorne, PA 19047
(215) 752-6200
*foguz@ulmerlaw.com*