**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **TAHIRA M. WYATT** | : | **BANKRUPTCY NO. 25-12547 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

**EXHIBIT LIST IN CONNECTION TO HEARING ON MOTION OF**
**CHRISTINE C. SHUBERT , CHAPTER 7 TRUSTEE, FOR ENTRY OF AN**
**ORDER AUTHORIZING THE SALE OF RESIDENTIAL REAL PROPERTY**
**LOCATED AT 1306 WEST AUBURN STREET, PHILADELPHIA, PA 19132 [TAX ID:**
**372362500] FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**
**PURSUANT TO 11 U.S.C. § 363 AND (II) AUTHORIZING THE COMPENSATION OF**
**REAL ESTATE BROKER PURSUANT TO 11 U.S.C. § 330**

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| T-1 | Standard Agreement for the Sale of Real Estate | | | |
| T-2 | Declaration of Christine C. Shubert in Support of Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Residential Real Property Located at 1306 West Auburn Street, Philadelphia, PA 19132 [Tax ID: 372362500] Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Authorizing the Compensation of Real Estate Broker Pursuant to 11 U.S.C. § 330 | | | |