IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TAHIRA M. WYATT | : | BANKRUPTCY NO. 25-12547 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

**WITNESS LIST IN CONNECTION TO HEARING ON MOTION OF CHRISTINE C. SHUBERT , CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE SALE OF RESIDENTIAL REAL PROPERTY LOCATED AT 1306 WEST AUBURN STREET, PHILADELPHIA, PA 19132 [TAX ID: 372362500] FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 AND (II) AUTHORIZING THE COMPENSATION OF REAL ESTATE BROKER PURSUANT TO 11 U.S.C. § 330**

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Christine C. Shubert, Chapter 7 Trustee | The Chapter 7 Trustee will testify that the sale is in the best interest of all of the bankruptcy estate's creditors and that the sale satisfies the requirements of the Bankruptcy Code |