IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| TAHIRA M. WYATT | : BANKRUPTCY NO. 25-12547 (DJB) |
| | : |
| Debtor | : |
| | : |

### REPORT OF SALE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)

**Residential Real Property Located at 1152 East Sharpnack Street, Philadelphia, PA 19150 [Tax ID: 502325400]**

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1. Pursuant to the Agreement of Sale by and between the Trustee and Maxine M. Sterling approved by Order of the Court dated December 3, 2025 [D.I. 90], the Trustee sold residential real property located at 1152 East Sharpnack Street, Philadelphia, PA 19150 [Tax ID: 502325400] (the "Property") for the sum of $222,500.00 minus a seller assist of $6,675.00 for a purchase price of $215,825.00.

2. The Trustee received net sale proceeds in the amount of $63,042.24 at closing on the Property and previously received a deposit in the amount of $3,000.00. As such, the Trustee realized net sale proceeds in the amount of $66,042.24 from the sale of the Property. A copy of the ALTA Settlement Statement – Combined (the "Settlement Statement") is attached hereto as Exhibit "A" and made a part hereof[1].

        Respectfully submitted,

        KARALIS PC

        By:   /s/ Robert W. Seitzer
                Robert W. Seitzer, Esquire
                1900 Spruce Street
                Philadelphia, PA 19103
                (215) 546-4500
                rseitzer@karalislaw.com

        *Attorneys for the Trustee*

Dated: January 19, 2026

---

[1] The Settlement Statement reflects that the Trustee only received the sum of $59,297.41 at closing on the Property and not the sum of $63,042.24. The difference in the amount of $3,744.83 relates to the sum of $8,345.41 that was placed into escrow on account of a judgment lien held by Bank of America, N.A. ("BOA"). Minutes after closing on the Property, BOA provided its payoff for the judgment lien in the amount of $4,600.58.