IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TAHIRA M. WYATT | : | BANKRUPTCY NO. 25-12547 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## REPORT OF SALE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)

**Residential Real Property Located at 4517 Old York Road, Philadelphia, PA 19140
[Tax ID: 491517300]**

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1.  Pursuant to the Agreement of Sale by and between the Trustee and PFP Senior Home Care Inc. approved by Order of the Court dated January 6, 2026 [D.I. 111], the Trustee sold residential real property located at 4517 Old York Road, Philadelphia, PA 19140 [Tax ID: 491517300] (the "Property") for the sum of $175,000.00 minus a seller assist of $5,250.00 for a purchase price of $169,750.00.

2.  The Trustee received net sale proceeds in the amount of $131,382.86 at closing on the Property and previously received a deposit in the amount of $1,000.00. As such, the Trustee realized net sale proceeds in the amount of $132,382.86 from the sale of the Property. A copy of the ALTA Combined Settlement Statement is attached hereto as Exhibit "A" and made a part hereof.

                                                           **Respectfully submitted,**

                                                           **KARALIS PC**

                                                           By:   /s/ Robert W. Seitzer
                                                                  ROBERT W. SEITZER
                                                                  1900 Spruce Street
                                                                  Philadelphia, PA 19103
                                                                  (215) 546-4500
                                                                  rseitzer@karalislaw.com

                                                                  *Attorneys for the Trustee*

Dated: January 22, 2026