IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| TAHIRA M. WYATT | : | BANKRUPTCY NO. 25-12547 (DJB) |
| Debtor | : | |

### REPORT OF SALE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)

**Residential Real Property Located at 1306 West Auburn Street, Philadelphia, PA 19132**
**[Tax ID: 372362500]**

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1. Pursuant to the Agreement of Sale by and between the Trustee and Wanda C. Robinson approved by Order of the Court dated January 6, 2026 [D.I. 110], the Trustee sold residential real property located at 1306 West Auburn Street, Philadelphia, PA 19132 [Tax ID: 372362500] (the "Property") for the sum of $49,900.00 minus a seller assist of $2,500.00 for a purchase price of $47,400.00.

2. The Trustee received net sale proceeds in the amount of $17,160.45 at closing on the Property and previously received a deposit in the amount of $2,000.00. As such, the Trustee realized net sale proceeds in the amount of $19,160.45 from the sale of the Property. A copy of the Settlement Statement is attached hereto as Exhibit "A" and made a part hereof.

Respectfully submitted,

**KARALIS PC**

By:    /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: February 3, 2026