IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Tahira M. Wyatt | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Case No.: 25-12547 DJB |

**OBJECTION TO PROOF OF CLAIM # 8-1**
**FILED BY KAREN ANN ULMER, PC**

Debtor, Tahira M. Wyatt, by their attorney Brad J. Sadek, hereby objects to the Proof of Claim No. 8-1 filed on behalf of KAREN ANN ULMER, PC, and in support thereof avers the following:

1. Debtor filed a Chapter 7 Bankruptcy Petition on June 25, 2025.

2. Creditor, KAREN ANN ULMER, PC, filed an unsecured Proof of Claim (#8-1) on July 30, 2025 in the amount of $10,450.92. See Exhibit “A”

3. The Claim purports to arise from fees incurred in Debtor’s divorce proceeding.

4. The amount and/or validity of the Claim is disputed by the Debtor.

5. The underlying dispute is presently the subject of a dispute-resolution proceeding involving the Pennsylvania Bar Association. See Exhibit “B”

6. The underlying dispute has not been finally resolved. No final determination has been entered establishing that the Claimant is entitled to the full amount asserted in the Claim.

7. Pursuant to 11 U.S.C. § 502(a), a properly filed proof of claim is deemed allowed unless a party in interest objects. Upon objection, the Court is required to determine the amount of the claim and allow it only to the extent provided by applicable law.

8. The Claim should not be allowed in the amount asserted because the underlying liability and/or amount remains genuinely disputed and has not been finally established.

9. The pending Pennsylvania Bar Association dispute concerns the same underlying obligation asserted in the Claim and may affect whether the Claimant is entitled to recover, and, if so, the amount properly recoverable.

10. The Claim therefore is, at minimum, disputed as to amount and should not be allowed in the full amount asserted without determination of the underlying dispute.

11. To the extent the Claim includes amounts that have not been established, are contingent upon resolution of the pending dispute, or are otherwise unsupported by competent evidence, those amounts should be disallowed.

**WHEREFORE**, Debtor, Tahira M. Wyatt, by and through the undersigned counsel, respectfully requests this Honorable Court:

A. Sustain this Objection to Proof of Claim No. 8-1;

B. Disallow the Claim in its entirety; or, in the alternative, reduce the Claim to the amount, if any, established as legally owing after resolution of the underlying dispute;

C. Alternatively, determine that the Claim is disputed and allow only such amount as is established under applicable nonbankruptcy law and the Bankruptcy Code;

D. Grant such other and further relief as the Court deems just and proper.

Dated: October 1, 2026

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esquire
Attorney for the Debtor(s)
1500 JFK Blvd, Suite 220
Philadelphia, PA 19102